IC

1:25-cv-00897
**Judge April M. Perry**
**Magistrate Judge Beth W. Jantz**
**Random/ CAT. 2**

# IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF ILLINOIS

BENJAMIN WILLIAMS }
    Plaintiff }
            V }
UNITED STATES OF AMERICA EXECUTIVE }
BRANCH }
           Defendant}

RECEIVED
JAN 27 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## VIOLATION OF THE CIVIL RIGHTS ACT OF 1964 BY PRESIDENT's EXECUTIVE ORDER

**Count I: Violating the Constitution.............................................................**

1. This an action brought against the President of the United States and the executive branch for violating **Title VII of the Civil Rights Act of 64**.

2. President Trump's executive order rescinding executive order 11246 that provided the essential Equal Protection given to all citizens through the **Equal Protection Clause of the 14th amendment** is clearly a violation of **42 U.S.C. § 2000d Et Seq.**

3. The **14th Amendment** provides equal protection and Due Process that has been violated by Trump's new executive order; by allowing federal agencies to discriminate in their hiring, this will prevent the protected classes under **Title VII of the CRA of 64** from having an equal opportunity to be employed by our federal government. It furthermore is the premise

to violating and attempting to reverse **Brown v Education**, which created other codes and case laws that solidify executive order 11246 and outlawed Jim Crow ordinances and laws. The president is clearly trying to reinstate laws struck down.

4. Executive Orders cannot violate the law or constitution which this order clearly does and therefore must be halted!

## COUNT II ABUSING EXECUTIVE AUTHORITY

1. **Article II OF THE CONSTITUTION, PRESIDENTIAL POWERS**, does not empower the president to halt court actions or to take on powers granted to the judicial branch.

2. The president abused his power and authority when he halted Civil Rights cases before District Courts and future cases.

3. The executive branch's refusal to file new cases is a miscarriage of justice and a violation of the Constitution. The government has a duty to provide security and safety to all citizens as the **14th Amendment** has empowered it too.

4. The Judicial authority lies within this court to correct, prevent and halt any injustice that the Executive or Legislative branch has or try to bestow upon the citizens in violation of the law and constitution.

5. Therefore, this court must exercise its injunctive powers to restore

the security and rights of the constitution and the rule of law.

**Wherefore,** the plaintiff is seeking a national injunction to halt the executive order that allows discrimination in employment, and an order protecting all sections of Title VII of the Civil Rights Act of 1964. The plaintiff is seeking an order establishing that the executive order is unconstitutional.

_____  1/24/25
Plaintiff's Signature         Date

**Benjamin Williams**
**1343 W Washburne**
**Chicago, IL 60608**
bw.campaign2018@gmail.com
**(773) 490-2606**

## United States District Court Northern District of Illinois

### CIVIL DOCKET FOR CASE #:

**Williams v United States Executive Branch**

**Benjamin Williams**

(Plaintiff)

v.

**United States (Defendant)**

### ORDER

After reviewing the facts of this case and finding it as a matter of law the following is hereby order:

_____ It has been declared that plaintiff's civil rights have been violated without due process and an injunctive relief is hereby granted.

\_\_\_\_\_ It has been declared that relief is denied.

_____   _____

Judge or Magistrate Signature         Date